dence that OPM issued an action or order on a federal retirement claim by Ms. Jwanouskos. And we are aware of no statutory authority for the Board to review a challenge to a decision by the District of Columbia Police and Fire-fighters' Retirement and Relief Board under D.C. law.

CONCLUSION

For the foregoing reasons, the judgment of the Board is affirmed.

No costs.

**AFFIRMED**

Craig E. Countryman, Fish & Richardson, PC, San Diego, CA, argued for defendant-appellant. Also represented by Jason W. Wolff; Frank Scherkenbach, Proshanto Mukherji, Boston, MA.

TARANTO, SCHALL, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**COMPUTER SOFTWARE PROTECTION LLC,**
Plaintiff–Appellee

v.

**ADOBE SYSTEMS INCORPORATED,**
Defendant–Appellant.

No. 2015–1608.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Robert Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellee. Also represented by Travis Campbell; Robert Gilman, Hayes Messina Gilman & Hayes, Boston, MA.

**JERICHO SYSTEMS CORPORATION,**
Plaintiff–Appellant

v.

**AXIOMATICS INC., Axiomatics AB, Defendants–Appellees.**

No. 2015–1656.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

J. Kevin Fee, Morgan, Lewis & Bockius LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Alex